# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 09, 2024

Mr. Travis Golden Bragg  
Office of the Attorney General  
Criminal Appeals Division  
P.O. Box 12548  
Austin, TX 78711

    No. 24-50529   Rodney Reed

Dear Mr. Bragg,

The court request a response to movant's motion for authorization to file a successive habeas corpus petition. The response is due 30 days from this date, or, by August 8, 2024.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____  
    Monica R. Washington, Deputy Clerk  
    504-310-7705

cc:  Mr. Cliff C. Gardner  
    Mr. George H. Kendall  
    Mr. Andrew Fairles MacRae  
    Mr. Matthew Dennis Ottoway  
    Mr. Jeremy Patashnik  
    Ms. Jane Pucher  
    Mr. Parker Andrew Rider-Longmaid