No. 24-50529

IN THE

# United States Court of Appeals for the Fifth Circuit

In re RODNEY REED,
<em>Movant.</em>

## RESPONDENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
   for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

TRAVIS G. BRAGG
Assistant Attorney General
   *Counsel of Record*

Post Office Box 12548,
Capitol Station
Austin, Texas 78711
512.936.1400
Travis.Bragg@oag.texas.gov

*Counsel for Respondent*

# MOTION TO EXTEND TIME

This is a habeas corpus case brought by Movant Rodney Reed, a Texas inmate sentenced to death. Respondent Director has until July 23, 2024, to file his response. ECF Nos. 23, 25. The Director now seeks a thirty-day extension of time in which to file this brief.[1] This request is not designed to harass Movant or cause unnecessary delay in these proceedings. Rather, this extension is necessary to review the records, research the claims, and determine the appropriate response.

In addition to preparing the response in this case, undersigned counsel prepared and filed supplemental briefing in this Court in *Holberg v. Lumpkin*, No. 21-70010 (5th Cir.). Undersigned is also preparing proposed findings and conclusions in *Ex parte Gonzales*, No. WR-40,541-07 (358th Dist. Ct., Ector County, Tex.), where undersigned is the District Attorney Pro Tem, due July 29 (and, in fact, first-chaired an evidentiary hearing on June 27, the day before Movant filed the instant motion). Further, undersigned was/will be out of office on an out-of-state, family vacation July 1 through 5, for the Advanced Criminal Law CLE put on

---

[1] The Director apologizes for filing this motion within seven days of the current due date. *See* Fifth Cir. R. 31.4.1(a). The Director was originally given until August 8, 2024, to respond. ECF No. 23. As the motion explains, undersigned has been unusually busy and/or out-of-office since Reed filed his motion for authorization.

1

by the state bar from July 22 through 25, and on an out-of-state, family vacation August 5 through 9.

In addition to his full capital caseload, undersigned serves as the supervising Hearing Team attorney over multiple capital and non-capital cases which adds administrative and substantive work. The Director conferred with Movant's counsel who stated Movant was not opposed to this request. For these reasons, the Director respectfully moves this Court for an extension of thirty days up to and including August 22, 2024, within which to file a response in the instant action.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
  for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

   *s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General
State Bar No. 24076286
   *Counsel of Record*

Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548
512.936.1400
Travis.Bragg@oag.texas.gov

*Attorneys for Respondent*

# CERTIFICATE OF COMPLIANCE

This brief complies with Federal Rule of Appellate Procedure 27(d)(2)(A). It contains 328 words, Microsoft Word for Office 365, Century Schoolbook, 14 points.

*s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General

# CERTIFICATES OF ELECTRONIC CASE FILING

I certify that: (1) all required privacy redactions have been made; (2) this electronic submission is an exact copy of the paper document; and (3) this document has been scanned using the most recent version of a commercial virus scanning program and is free of viruses.

*s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General

# CERTIFICATE OF SERVICE

I certify that on July 22, 2024, a copy of the forgoing pleading was filed with the Clerk of the Court using the electronic case-filing system, which will serve all registered counsel in this case.

*s/ Travis G. Bragg*
Travis G. Bragg
Assistant Attorney General
